United States District Court
Southern District of Texas
**ENTERED**
February 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RAZA, Rafi, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:24-cv-2794 |
| | ) | |
| UR M. JADDOU, Director of U.S. | ) | |
| Citizenship and Immigration Services, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has considered Plaintiffs' Unopposed Motion to Stay and finds that it should be Granted. It is ordered that this case is stayed until April 20, 2025.

SIGNED at Houston, Texas this 24th day of February, 2025.

LEE H. ROSENTHAL
United States District Judge