United States District Court
Southern District of Texas
ENTERED
July 23, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAFI RAZA, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-24-2794 |
| | § | |
| UR M. JADDOU and ALISSA EMMEL, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiffs, Rafi Raza and his family, filed suit to compel the USCIS to decide Mr. Raza's pending Form I-829, which would remove the conditions on the plaintiffs' resident status through the EB-5 investor visa program. The plaintiffs claimed that the USCIS had unreasonably delayed in adjudicating the Form I-829 petition. On January 28, 2025, the Immigrant Investor Program Office denied Mr. Raza's I-829 petition due to "failure to provide sufficient job creation evidence."

On February 28, 2025, the plaintiffs filed a Form I-290B, which would allow them to seek review or reconsideration of the denial of the I-829 petition. On March 6, 2025, the USCIS issued a notice to confirm that they received the I-290B petition. The USCIS has yet to issue a decision on the I-290B.

The court previously stayed this case twice, to permit the adjudication of the I-829 and then of the I-290B, on the agreement of the parties. (Docket Entry Nos. 9, 12). The USCIS now moves to dismiss for lack of subject-matter jurisdiction, arguing that the final adjudication of the I-829 made this case moot. The USCIS states that even though the case was moot on January 28, 2025, when the I-829 petition was denied, it agreed to a 60-day stay "out of courtesy, in the off chance that the agency was able to expeditiously adjudicate the Form I-290B within the 60-day stay

period." (Docket Entry No. 13 at 3). The USCIS now asserts that it has not yet been able to adjudicate the I-290B and that it "will no longer agree to prolong this moot case." (*Id.*).

Because the USCIS adjudicated the plaintiffs' I-829 petition, the plaintiffs' claim that a decision on that application is unlawfully delayed is moot. As a result, this court lacks subject-matter jurisdiction. This case is dismissed, without prejudice, for lack of subject-matter jurisdiction.

SIGNED on July 23, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge